**GINNA, Respondent, v. FARLEY, Appellant.** (Supreme Court, Appellate Division, Second De-

partment. November 21, 1902.) Action by Michael J. Ginna against Thomas M. Farley. No opinion. Judgment of the municipal court affirmed, with costs.